COMMONWEALTH of Pennsylvania,
Respondent,

v.

Kevin Adrian NEYSMITH, Petitioner.

Supreme Court of Pennsylvania.

Sept. 19, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 19th day of September, 2007, the Petition for Allowance of Appeal and the Motion for Order to Trial Court to Provide Petitioner with all Records Per-

taining to the Jury Poll are hereby **DE-NIED.**